JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RAYMOND TOM JARVIS and RAYMONDA JEAN JARVIS, Debtor(s). | District Court Case No.: CV 20-2314-DMG <br><br> Related Case No.: 2:20-cv-00960-DMG <br><br> Bankruptcy Case No.: 2:18-bk-22249-WB |
| UNITED STATES OF AMERICA, Appellant(s) v. RAYMOND TOM JARVIS and RAYMONDA JEAN JARVIS, Appellee(s). | ORDER RE DISMISSAL OF ACTION [11] |

Pursuant to the parties' stipulation, IT IS HEREBY ORDERED that the above-captioned action is dismissed pursuant to Federal Rule of Bankruptcy Procedure 8023. The parties shall bear their own attorneys' fees and costs.

DATED: April 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

cc: Bankruptcy Court

1